```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 44946
    WELTHA V HAMILTON
    DEBRA J HAMILTON                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9084    SSN XXX-XX-1866

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/07/2004 and was confirmed 02/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.22% from remaining funds.

     The case was paid in full 01/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED              .00          .00          .00
DRIVE FINANCIAL SERVICES  SECURED            5000.00       320.32      5000.00
DRIVE FINANCIAL SERVICES  UNSECURED          7553.73          .00      1527.44
LONG BEACH MORTGAGE CO    CURRENT MORTG         .00          .00          .00
LONG BEACH MORTGAGE CO    MORTGAGE ARRE   11115.18          .00     11115.18
INTERNAL REVENUE SERVICE  PRIORITY        11249.17          .00     11249.17
ADVOCATE PROFFESIONAL GR  UNSECURED       NOT FILED         .00          .00
ADVOCATE HOSPITAL         UNSECURED       NOT FILED         .00          .00
AT & T WIRELESS           UNSECURED       NOT FILED         .00          .00
CAPITAL ONE               UNSECURED       NOT FILED         .00          .00
CHICAGO IMAGING INC       UNSECURED       NOT FILED         .00          .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED         .00          .00
CITY OF CHICAGO WATER DE  SECURED NOT I    157.26           .00          .00
MCSI                      UNSECURED OTH    250.00           .00        50.57
COMMONWEALTH EDISON       UNSECURED       NOT FILED         .00          .00
GENTIVA CARE CENTRIX INC  UNSECURED       NOT FILED         .00          .00
HARRIS TRUST & SAVINGS B  UNSECURED       NOT FILED         .00          .00
HEART CARE CENTERS        UNSECURED       NOT FILED         .00          .00
JK HARRIS & ASSOC         UNSECURED       NOT FILED         .00          .00
MEDCLR                    UNSECURED       NOT FILED         .00          .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED       NOT FILED         .00          .00
MIDWEST PHYSICIAN GROUP   UNSECURED       NOT FILED         .00          .00
NES ILLINOIS INC          UNSECURED       NOT FILED         .00          .00
PALISADES                 UNSECURED       NOT FILED         .00          .00
PEOPLES BENEFIT SERVICE   UNSECURED       NOT FILED         .00          .00
ROSELAND HOSPITAL CARE C  UNSECURED       NOT FILED         .00          .00
SUPERIOR AIR GROUND AMB   UNSECURED       NOT FILED         .00          .00
TRINITY HOSPITAL          UNSECURED       NOT FILED         .00          .00
VILLAGE OF LANSING        UNSECURED       NOT FILED         .00          .00
VILLAGE OF WESTERN SPRIN  UNSECURED       NOT FILED         .00          .00
WEST SUBURBAN HOSPITAL M  UNSECURED       NOT FILED         .00          .00
AT & T WIRELESS           UNSECURED        1259.61          .00        254.71

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 44946 WELTHA V HAMILTON & DEBRA J HAMILTON
```

```
INTERNAL REVENUE SERVICE  UNSECURED         25813.50                  .00         5219.75
CITY OF CHICAGO WATER DE  SECURED NOT I       157.26                  .00              .00
DAVID M SIEGEL            DEBTOR ATTY       2,700.00                             2,700.00
TOM VAUGHN                TRUSTEE                                                2,162.86
DEBTOR REFUND             REFUND                                                   616.00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                40,216.00

PRIORITY                                        11,249.17
SECURED                                         16,115.18
   INTEREST                                        320.32
UNSECURED                                        7,052.47
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             2,162.86
DEBTOR REFUND                                      616.00
                        ---------------       ---------------
TOTALS                  40,216.00               40,216.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/24/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                     PAGE   2
      CASE NO. 04 B 44946 WELTHA V HAMILTON & DEBRA J HAMILTON